# ARRAIGNMENT/DETENTION/PLEA/SENTENCING MINUTE SHEET
### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT LAS CRUCES)

| CR 25-3313 JHR | UNITED STATES vs. SALEM-FRANCO |
|---|---|

**Before The Honorable Jerry H. Ritter, United States Magistrate Judge**

| Hearing Date: | 8/25/25 | Time In and Out: | 10:34-10:38; 10:49-11:09 AM (5 MIN) |
|---|---|---|---|
| Clerk: | R Helmick | Digital Recording: | LC – Sierra Blanca |
| Defendant: | MARVIN CARIM SALEM-FRANCO | Defendant's Counsel: | TANIA CHOZET |
| AUSA: | CHARLES GARCIA | Interpreter: | JUAN RAMIREZ  ☐ Sworn  ☐ Waived |

| | | | |
|---|---|---|---|
| ☒ | Defendant Sworn | ☐ | First Appearance |
| ☒ | Deft acknowledges receipt of: **Information** | | |
| ☐ | If Deft proceeding by way of information, Deft acknowledges right to an indictment and waives that right. | | |
| ☐ | Terms and conditions of proposed plea agreement explained. | ☐ | Defendant indicates understanding of its terms. |
| ☒ | Factual predicate to sustain the plea provided. | | |
| ☒ | Deft questioned re Deft's age, education, physical/mental condition, and whether under the influence of alcohol, drugs, or any medication. Deft advised of charge(s), penalties and possible consequences of the plea. | | |
| ☒ | Deft advised of constitutional rights, loss of rights, and maximum possible penalties (including imprisonment, fine, supervised release, probation, SPA, restitution, and any forfeitures). | | |
| ☒ | Deft questioned re time to consult with attorney and if satisfied with his or her representation. | | |
| ☒ | Court finds Deft fully understands charge(s) and the consequences of entering a guilty plea to that charge (or those charges). | | |
| ☒ | Deft pleads GUILTY to: **COUNT 1 OF THE INFORMATION**<br>Defendant enters NOT GUILTY plea to: **COUNTS 2 & 3 OF THE INFORMATION** | | |
| ☒ | Allocution by Deft on elements of charge(s). | | |
| ☒ | Court finds plea freely, voluntarily, and intelligently made; plea of guilty accepted. | | |
| ☒ | Deft adjudged guilty. | | |
| ☒ | Sentencing Imposed: **14 DAYS (COUNT 1), SPA WAIVED, APPEAL RIGHTS** | | |
| ☒ | Defendant in custody | ☒ | Conditions set: O/R BOND |

COURT WILL SEVER THE REMAINING COUNT(S) DUE TO PREJUDICIAL JOINER; ORDER TO BE FILED.
DEFENSE COUNSEL REQUESTS THAT COURT RELEASE DEFENDANT ON REMAINING COUNTS; GOVERNMENT OPPOSES RELEASE.
COURT RULING – COURT ORDERS THAT THE REMAINING CHARGES ARE FATALLY FLAWED, AND THAT, GIVEN THE WEAKNESS OF THE CASE, THE DEFENDANT SHOULD NOT BE DETAINED ANY FURTHER. COURT ORDERS DEFENDANT'S RELEASE ON OWN RECOGNIZANCE; ORDER TO BE FILED

GOVERNMENT MOVES TO DISMISS COUNTS 2 AND 3 BASED ON THE COURT'S RULING REGARDING RELEASE; NO OBJECTION BY DEFENSE COUNSEL.

COURT RULING - COURT GRANTS ORAL MOTION TO DISMISS COUNTS 2 AND 3 WITHOUT PREJUDICE